Jeri L. MANGERS, Petitioner,

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 02–3247.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 9, 2003.

Before LOURIE, Circuit Judge, PLAGER, Senior Circuit Judge, and PROST, Circuit Judge.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.